JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12  ANTHONY BOUYER

13                  Plaintiff,

14  v.

15  ALCOR ENTURES LLC

16                  Defendant.

17

Case No. 2:20-CV-09203-AB (KSx)

ORDER DISMISSING CIVIL ACTION

18
19      THE COURT having been advised by counsel that the above-entitled action has
20  been settled;
21      IT IS THEREFORE ORDERED that this action is hereby dismissed without
22  costs and without prejudice to the right, upon good cause shown within **45 days,** to re-
23  open the action if settlement is not consummated.  This Court retains full jurisdiction
24  over this action and this Order shall not prejudice any party to this action.
25
26  Dated:  November 19, 2020   _____

27                              ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE
28

1.